UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGELA WAHAB,

                          Plaintiff,                       23 Civ. No. 7459 (PAE) (GS)

       -against-

                                            **VIDEO STATUS CONFERENCE ORDER**

PEPPER'S PERFORMANCE
EYEWEAR, INC.,

                          Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Tuesday, March 12, 2024 at 11:00 a.m.** The parties are directed to submit a joint status report letter by **Friday, March 8, 2024**. Counsel shall join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. Meeting ID: [288 670 491 412]; Passcode: [sfNWkr].

       **SO ORDERED.**

DATED:    New York, New York
                January 11, 2024

                                                                 _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge